■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW W. TAYLOR, Appellant. [929 NYS2d 917]—

Memorandum: Defendant appeals from a judgment convicting him, upon a jury verdict, of burglary in the second degree (Penal Law § 140.25 [2]) and criminal mischief in the fourth degree (§ 145.00 [1]). Contrary to defendant's contention, the evidence is legally sufficient to support the conviction (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). The testimony of his accomplices was sufficiently corroborated by, inter alia, defendant's admissions to another individual who was not involved in the crimes (*see People v Cole*, 68 AD3d 1763 [2009], *lv denied* 14 NY3d 839 [2010]; *see generally* CPL 60.22 [1]; *People v Reome*, 15 NY3d 188, 191-192 [2010]). Viewing the evidence in light of the elements of the crimes as charged to the jury (*see People v Danielson*, 9 NY3d 342, 349 [2007]), and giving the appropriate deference to the jury's credibility determinations (*see People v Hill*, 74 AD3d 1782 [2010], *lv denied* 15 NY3d 805 [2010]), we reject defendant's further contention that the verdict is against the weight of the evidence (*see generally Bleakley*, 69 NY2d at 495). Finally, the sentence is not unduly harsh or severe. Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.